# Court of Appeals
# of the State of Georgia

ATLANTA, __April 09, 2024__

*The Court of Appeals hereby passes the following order:*

**A24A1056. YOLANDA LODEN v. U.S.BANK NATIONAL ASSOCIATION.**

On January 29, 2024, Yolanda Loden filed a pro se notice of appeal from a trial court order that was entered on December 18, 2023. We lack jurisdiction because the appeal is untimely.

A notice of appeal must be filed within 30 days after entry of the order on appeal. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Here, Loden's notice of appeal was filed 42 days after entry of the trial court's order. Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__04/09/2024_____*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.